United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Rudolf G. Berzins
Debtor

Case No. 16-15598-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Virginia Page 1 of 1 Date Rcvd: Apr 12, 2017
Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db +Rudolf G. Berzins, 610 Cider Mill Lane, Perkasie, PA 18944-4082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:

ALBERT JAMES MILLAR on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
JEREMY JOHN KOBESKI on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com
MARIO J. HANYON on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com
MARTIN A. MOONEY on behalf of Creditor TD BANK, N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
MATTEO SAMUEL WEINER on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
PHILLIP D. BERGER on behalf of Creditor Customers Bank, f/k/a New Century Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
REBECCA K. MCDOWELL on behalf of Creditor Customers Bank, f/k/a New Century Bank rmcdowell@slgcollect.com, kcollins@slgcollect.com
STEPHEN VINCENT BOTTIGLIERI on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net
THOMAS I. PULEO on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov
WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
ZACHARY PERLICK on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net, pireland1@verizon.net

TOTAL: 12

Case 16-15598-jkf    Doc 97    Filed 04/14/17    Entered 04/15/17 01:05:22    Desc Imaged
Certificate of Notice    Page 2 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **RUDOLF BERZINS** | **: Bankruptcy No. 16-15598** |
| | | **:** |
| | | **:** |
| | **DEBTOR** | **: Chapter 13** |

**O R D E R**

AND NOW, this 12th day of April, 2017, upon consideration of the Debtor's Motion to Sell Real Estate, it is hereby ORDERED that said motion is GRANTED and Debtor may sell the real estate located at 413 Glendale Road, Upper Darby, PA 19082 for $40,000.00 to Southeast Delco Investments.

BY THE COURT:

THE HONORABLE JEAN K. FITZSIMONS

Service list attached.

Case 16-15598-jkf    Doc 97    Filed 04/14/17    Entered 04/15/17 01:05:22    Desc Imaged
Certificate of Notice    Page 4 of 6

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Delaware County Tax Claim Bureau
c/o Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

RUDOLF BERZINS
610 Cider Mill Rd.
Perkasie, PA 18944

REBECCA K. MCDOWELL
Saldutti Law Group
800 N. Kings Highway
Cherry Hill, NJ 08034