IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     RUDOLF BERZINS                : Bankruptcy No. 16-15598
                                         :
                                         :
           DEBTOR                        : Chapter 13

O R D E R

AND NOW, this         day of          , 2017, upon consideration of the Debtor's Motion to Sell Real Estate, it is hereby ORDERED that said motion is GRANTED and Debtor may sell the real estate located at 447 Woodcliffe Road, Upper Darby, PA 19082 for $28,786.00 to AnS Property management, LLC.

BY THE COURT:

**Date: June 25, 2017**

_____
THE HONORABLE JEAN K. FITZSIMONS

Service list attached.

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Delaware County Tax Claim Bureau
c/o Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

RUDOLF BERZINS
610 Cider Mill Rd.
Perkasie, PA 18944

REBECCA K. MCDOWELL
Saldutti Law Group
800 N. Kings Highway
Cherry Hill, NJ 08034