United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15598-jkf
Rudolf G. Berzins                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 26, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2017.
db             +Rudolf G. Berzins,   610 Cider Mill Lane,   Perkasie, PA 18944-4082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JEREMY JOHN KOBESKI    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          PHILLIP D. BERGER    on behalf of Creditor    Customers Bank, f/k/a New Century Bank
           berger@bergerlawpc.com, kaufmann@bergerlawpc.com
          REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank, f/k/a New Century Bank
           rmcdowell@slgcollect.com, pwirth@slgcollect.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com, ecfnotice@comcast.net
          THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net,
           pireland1@verizon.net
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RUDOLF BERZINS              : Bankruptcy No. 16-15598
                                      :
                                      :
          DEBTOR                      : Chapter 13

## O R D E R

AND NOW, this        day of           , 2017, upon consideration of the Debtor's Motion to Sell Real Estate, it is hereby ORDERED that said motion is GRANTED and Debtor may sell the real estate located at 447 Woodcliffe Road, Upper Darby, PA 19082 for $28,786.00 to AnS Property management, LLC.

BY THE COURT:

**Date: June 25, 2017**

_____
THE HONORABLE JEAN K. FITZSIMONS

Service list attached.

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Delaware County Tax Claim Bureau
c/o Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

RUDOLF BERZINS
610 Cider Mill Rd.
Perkasie, PA 18944

REBECCA K. MCDOWELL
Saldutti Law Group
800 N. Kings Highway
Cherry Hill, NJ 08034