# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-15598-JKF

RUDOLF G. BERZINS

610 Cider Mill Lane

Perkasie, PA 18944

        Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RUDOLF G. BERZINS

    610 Cider Mill Lane

    Perkasie, PA 18944

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                    /S/ William C. Miller

Date: 9/22/2017

                    _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee