United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15598-elf
Rudolf G. Berzins                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela           Page 1 of 3              Date Rcvd: Oct 05, 2017
                              Form ID: 152           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
```
db          +Rudolf G. Berzins,    610 Cider Mill Lane,    Perkasie, PA 18944-4082
cr          +Customers Bank, f/k/a New Century Bank,    513 Kimberton Road,    Phoenixville, PA 19460-4779
13773342     American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13773343    +American Express,    P.O. Box 981537,    El Paso, TX 79980-0001
13806247     American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13806248     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
13773344     American Express Legal,    POB 2163,    Southeastern, PA 19399-2163
13773346    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
13850555    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13773348    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CITI Cards,     1500 Boltonfield Street,    Columbus, OH 43228)
13773347     Chase,    Cardmemeber Services,    PO Box 15123,    Wilmington, DE 19850-5123
13773349    +Customers Bank,    1 S. Main Street,    Morrisville, PA 19067-1528
13846118    +Customers Bank,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
              Cherry Hill, NJ 08034-1511
13773351     FedLoan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
13786182    +Nationwide Credit,    POB 26314,    Lehigh Valley, PA 18002-6314
13773353     TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13773355    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     PO Box 5855,
              Carol Stream, IL 60197-5855)
13773356    +Toyota Motor Credit,    240 Gibral Rd., Suite 260,    Horsham, PA 19044-2387
13794377    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13849858     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
              Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:57:55     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: duffyk@co.delaware.pa.us Oct 06 2017 01:58:28     Delaware County Tax Claim Bureau,
              Government Center,    201 W. Front Street,    Media, PA 19063-2708
13773345     E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 06 2017 01:57:33     American Honda Finance Corp.,
              PO Box 168008,    Irving, TX 75016-8008
13928687     E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 06 2017 01:57:33
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
13780621     E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 06 2017 01:57:33
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
13773350     E-mail/Text: mrdiscen@discover.com Oct 06 2017 01:56:32     Discover Bank,
              6500 New Albany Road,    New Albany, OH 43054
13786178    +E-mail/Text: duffyk@co.delaware.pa.us Oct 06 2017 01:58:28     Delaware County Tax Claim Bureau,
              201 W. Front Street,    Media, PA 19063-2768
13774478     E-mail/Text: mrdiscen@discover.com Oct 06 2017 01:56:32     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13823300     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2017 02:05:03
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13773352     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:56:58     PA Department of Revenue,
              Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13816626    +E-mail/Text: bankruptcygroup@peco-energy.com Oct 06 2017 01:56:43     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13779248     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:56:59
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13851975    +E-mail/Text: bankruptcy@td.com Oct 06 2017 01:57:29     TD Bank NA,
              c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105-2299
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13786181      Ingrida Berzins
13794988      Ingrida Berzins
13786189      various tenants
13794996      various tenants
```

```
District/off: 0313-2           User: Pamela              Page 2 of 3              Date Rcvd: Oct 05, 2017
                               Form ID: 152              Total Noticed: 34

smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
13786172*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court:   American Honda Finance Corp.,    PO Box 168008,
                   Irving, TX 75016-8008)
13794979*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court:   American Honda Finance Corp.,    PO Box 168008,
                   Irving, TX 75016-8008)
13786170*         +American Express,    P.O. Box 981537,    El Paso, TX 79980-0001
13794977*         +American Express,    P.O. Box 981537,    El Paso, TX 79980-0001
13786169*          American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13794976*          American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13786171*          American Express Legal,    POB 2163,    Southeastern, PA 19399-2163
13794978*          American Express Legal,    POB 2163,    Southeastern, PA 19399-2163
13786173*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13794980*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13786175*        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court:   CITI Cards,    1500 Boltonfield Street,    Columbus, OH 43228)
13794982*        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court:   CITI Cards,    1500 Boltonfield Street,    Columbus, OH 43228)
13786174*          Chase,    Cardmemeber Services,    PO Box 15123,    Wilmington, DE 19850-5123
13794981*          Chase,    Cardmemeber Services,    PO Box 15123,    Wilmington, DE 19850-5123
13786176*         +Customers Bank,    1 S. Main Street,    Morrisville, PA 19067-1528
13786177*         +Customers Bank,    1 S. Main Street,    Morrisville, PA 19067-1528
13794983*         +Customers Bank,    1 S. Main Street,    Morrisville, PA 19067-1528
13794984*         +Customers Bank,    1 S. Main Street,    Morrisville, PA 19067-1528
13786179*        ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court:   Discover Bank,    6500 New Albany Road,    New Albany, OH 43054)
13794986*        ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court:   Discover Bank,    6500 New Albany Road,    New Albany, OH 43054)
13794985*         +Delaware County Tax Claim Bureau,    201 W. Front Street,    Media, PA 19063-2768
13786180*          FedLoan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
13794987*          FedLoan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
13794989*         +Nationwide Credit,    POB 26314,    Lehigh Valley, PA 18002-6314
13786183*          PA Department of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13794990*          PA Department of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13773354*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13786184*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13786185*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13786186*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13794991*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13794992*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13794993*          TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13786187*        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:   Toyota Financial Services,    PO Box 5855,
                   Carol Stream, IL 60197-5855)
13786188*        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:   Toyota Financial Services,    PO Box 5855,
                   Carol Stream, IL 60197-5855)
13794994*        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:   Toyota Financial Services,    PO Box 5855,
                   Carol Stream, IL 60197-5855)
13794995*        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:   Toyota Financial Services,    PO Box 5855,
                   Carol Stream, IL 60197-5855)
13794419*         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 4, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2            User: Pamela                 Page 3 of 3                  Date Rcvd: Oct 05, 2017
                                Form ID: 152                 Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

```
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JEREMY JOHN KOBESKI    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          PHILLIP D. BERGER    on behalf of Creditor    Customers Bank, f/k/a New Century Bank
           berger@bergerlawpc.com, kaufmann@bergerlawpc.com
          REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank, f/k/a New Century Bank
           rmcdowell@slgcollect.com, pwirth@slgcollect.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com, ecfnotice@comcast.net
          THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net,
           pireland1@verizon.net
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Rudolf G. Berzins
    Debtor(s)

Case No: 16−15598−elf
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/14/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

125 − 120
Form 152