United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rudolf G. Berzins  
    Debtor

Case No. 16-15598-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Pamela      Page 1 of 1      Date Rcvd: Oct 05, 2017  
                 Form ID: 167      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db      +Rudolf G. Berzins,   610 Cider Mill Lane,   Perkasie, PA 18944-4082  
cr      +Customers Bank, f/k/a New Century Bank,   513 Kimberton Road,   Phoenixville, PA 19460-4779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr      +E-mail/Text: duffyk@co.delaware.pa.us Oct 06 2017 01:58:29     Delaware County Tax Claim Bureau,   Government Center,   201 W. Front Street,   Media, PA 19063-2708  
                                                                                                                                                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

     ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us  
     JEREMY JOHN KOBESKI    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com  
     MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com  
     MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. tshariff@schillerknapp.com, ahight@schillerknapp.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
     PHILLIP D. BERGER    on behalf of Creditor    Customers Bank, f/k/a New Century Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com  
     REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank, f/k/a New Century Bank rmcdowell@slgcollect.com, pwirth@slgcollect.com  
     STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotice@comcast.net  
     THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
     ZACHARY PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net, pireland1@verizon.net

                                                                                                                                                                                                                                                                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rudolf G. Berzins
    Debtor(s)

Case No: 16−15598−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Debtor(s) for Failure to File Documents Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER

on: 11/14/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

126 − 121
Form 167