IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:   RUDOLF G. BERZINS | CHAPTER 13 |
|---|---|
| Debtor | No. 16-15598-jkf |

*PRAECIPE TO WITHDRAW PROOF OF CLAIM*

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Customers Bank, successor to New Century Bank's ("Customers Bank") Proof of Claim filed on August 23, 2016 at Claim #3, only, in the above-captioned matter. Customers Bank's other filed Proofs of Claim, being Claims #17 and #18, should remain of record.

BERGER LAW GROUP, PC

Dated: November 8, 2017        By: /s/: Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
11 Elliott Avenue, Suite 100
Bryn Mawr, PA  19010
(610) 668-0800
PA ID #58942